IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YOLANDA PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 10-1166-CV-W-SOW ) |
| PENN CREDIT CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's Notice of Dismissal With Prejudice (Doc. #5). Plaintiff informs the Court that the above-captioned case should be dismissed *with* prejudice.

Accordingly, pursuant to the Notice of Dismissal, it is hereby

ORDERED that the above-captioned case is dismissed *with* prejudice, and without costs, disbursements or attorney's fees to any party.

      /s/ Scott O. Wright
      SCOTT O. WRIGHT
      Senior United States District Judge

DATED: January 21, 2011